UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANCISCO PEÑA GERMAN,

                       Petitioner,

    -against-

THOMAS DECKER, et al.

                       Respondents.

-----------------------------------------------------------------X

19-CV-09904 (GBD)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge.**

      In their reply brief in further support of the motion to dismiss, Respondents stated that Petitioner is eligible to receive a bond hearing by February 26, 2020. See Respondents' Reply at 9, ECF No. 19. The parties are directed to file a joint status letter by Friday, February 28, 2020, updating the Court on whether Petitioner has had a bond hearing and, if not, whether one has been scheduled and for when.

**SO ORDERED**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 24, 2020
               New York, New York