USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRANCISCO PEÑA GERMAN,

                Petitioner,          19-CV-09904 (GBD)(SN)

    -against-                       **ORDER**

THOMAS DECKER, et al.,

                Respondents.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge.**

In light of Petitioner's release from detention, Petitioner is directed to file a letter by no later than March 20, 2020, indicating whether the *habeas* petition has been rendered moot and whether this case can be closed.

**SO ORDERED**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 12, 2020
                New York, New York