**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

FRANCISCO PENA GERMAN,

                       Petitioner,

     -against-

THOMAS DECKER, *in his official capacity as New York City Field Office Director, U.S. Immigration and Customs Enforcement*, et al.,

                       Respondent.

------------------------------------- x

ORDER

19 Civ. 9904 (GBD) (SN)

GEORGE B. DANIELS, United States District Judge:

In light of Petitioner's letter dated March 13, 2020, (ECF No. 25), advising this Court of his release from detention, Petitioner's *habeas* petition is DISMISSED as moot without prejudice.

The Clerk of the Court is hereby ORDERED to close the action.

Dated: New York, New York
       April 1, 2020

SO ORDERED.

GEORGE B. DANIELS
United States District Judge